## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

KELVIN DAUGHTRY, CLAUDIA BENSON, SYLVIA COOPER, and DAISY HARRIS
   Plaintiffs,

v.

FAMILY DOLLAR STORES, INC.,
Defendant.

Civil Action No.: 1:09-cv-05111(RBK-AMD)

### ORDER

AND NOW, on this 13th day of September, 2010, upon consideration of plaintiff's emergency motion for extension of time within which to respond to defendant's motion for summary judgment, and any responses thereto, it is HEREBY ORDERED and DECREED that the motion is hereby granted and that plaintiff should file its response to defendant's summary judgment motion by ~~the next motion date.~~ September 20, 2010. Defendant shall file and serve any reply on or before September 27, 2010. The court will advise counsel if and when it derives oral argument.

BY THE COURT:

_____
                                                    J.